UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMANDEEP SINGH,

Petitioner,

v.

CHRISTOPHER CHESTNUT, et al.,

Respondents.

No.  1:26-cv-01867-DAD-CSK

ORDER DENYING MOTION TO CLARIFY INJUNCTION

(Doc. No. 15)

On May 22, 2026, the court adopted the assigned magistrate judge's findings and recommendations in part and enjoined respondents from re-detaining petitioner "absent exigent circumstances without providing petitioner notice and a pre-detention hearing before an immigration judge[.]"  (Doc. No. 13 at 4.)  On May 29, 2026, respondents filed a motion to clarify that injunction arguing that if hypothetically petitioner was ordered removed in the future the court's order "may conflict" with mandatory detention pursuant to 8 U.S.C. § 1231(a)(2).  (Doc. No. 15 at 1.)  "A court ordinarily ought not resolve issues involving contingent future events that may not occur as anticipated, or indeed may not occur at all."  *F.V. v. Jeppesen*, 477 F. Supp. 3d 1144, 1149 (D. Idaho 2020) (cleaned up) (noting that the court previously declined to determine whether application of a statute would violate an injunction without knowing how that statute would be applied and only addressing a motion to clarify injunction following application of that statute) (quoting *Thomas v. Union Carbide Agric. Prods. Co.*, 473 U.S. 568 580–81

1

(1985)).  Here, it is unknown whether petitioner will be ordered removed or the timeline on which that hypothetical order would become final.  Accordingly, the court finds that it is premature to clarify the scope of the injunction at this stage.  *See Singh v. Chestnut*, No. 1:26-cv-01458-TLN-CSK, 2026 WL 622188 (E.D. Cal. Mar. 5, 2026) (declining to recommend inclusion of language in an injunction regarding theoretical future detention after a removal order is entered where removal proceedings were still pending), *report and recommendation adopted sub nom. Kuldeep S. v. Chestnut*, 2026 WL 792789 (E.D. Cal. Mar. 19, 2026).

For the reasons above, the court DENIES respondents' motion to clarify (Doc. No. 15).

IT IS SO ORDERED.

Dated:    **June 10, 2026**                    _____
                                               DALE A. DROZD
                                               UNITED STATES DISTRICT JUDGE

2